DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELI VENEGAS-VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ELI VENEGAS-VARELA <br> Defendant. | No. 2:12-cr-044 GEB <br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME <br> Date: April 13, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ELI VENEGAS-VARELA, that the above matter be dropped from this court's calendar for April 13, 2012, at the request of the defense and be continued until April 27, 2012, for status conference. This continuance is requested in order to permit further consideration and client consultation regarding a pre-plea presentence report from the Probation Office and a proposed plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from April 13, 2012, through April 27, 2012, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED**.

Date: April 11, 2012          Benjamin B. Wagner
                              United States Attorney

                              /S/ Michele Beckwith
                              By:  MICHELE BECKWITH
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date: April 11, 2012          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ELI VENEGAS-VARELA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 13, 2012, and is ordered to be re-calendared for April 27, 2012, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 13, 2012, through April 27, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  April 11, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stip & Order Continuing Case
and Excluding Time                    2